CHARLES V. BARKER et al., as Trustees, et al., Respondents, *v.* A. I. NAMM & SON et al., Defendants, and THE CITY OF NEW YORK, Appellant.

(Argued October 22, 1935; decided November 19, 1935.)

*Paul Windels, Corporation Counsel* (*Paxton Blair, Edmund L. Palmieri* and *Nathan Blum* of counsel), for appellant.

*Benjamin Reass, Emanuel Newman* and *Irving Moldauer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.